

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00059-CR

**SCOTT BOEHLER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court
Freestone County, Texas
Trial Court No. 21952**

## MEMORANDUM OPINION

Scott William Boehler was found guilty of a Class C Misdemeanor, failure to control speed, in the justice of the peace court. TEX. TRANSP. CODE ANN. § 545.351 (Vernon 1999). That conviction was appealed to the county court for a trial de novo. *See* TEX. CODE CRIM. PROC. ANN. art. 45.042 (Vernon 2006). Boehler was found guilty by a jury in the county court, and the court imposed a fine of $100. Boehler has now attempted to appeal that judgment.

The Clerk of this Court notified Boehler by letter that we questioned our jurisdiction because the appeal was from a trial de novo in the county court from an

inferior court's ruling.  *See* TEX. CODE CRIM. PROC. ANN. art. 4.03 (Vernon 2005).  In the same letter, the Clerk warned Boehler that the Court would dismiss the appeal unless, within 21 days from the date of the letter, a response was filed showing grounds for continuing the appeal.  Boehler has not provided a response.

We have no jurisdiction of appeals from a trial de novo in the county court of an inferior court's ruling if the fine imposed in the county court does not *exceed* $100.  *Id*. The fine imposed in the county court at law did not exceed $100.

Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 44.3.


TOM GRAY
Chief Justice


Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed April 29, 2009
Do not publish
[CR25]